**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 DEC 16 PM 3:07

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| ANGELA M. BLYTHE | : | UNDER SEAL |
| Defendant. | : | |

...oooOooo...

## MOTION TO SEAL INDICTMENT

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Joyce K. McDonald, Assistant United States Attorney for said District, for the following reason, moves this Honorable Court to order and direct that while plea discussions occur between the parties, this Indictment, except for one (1) copy provided to the defendant's counsel, should be **SEALED**:

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

Joyce K. McDonald
Assistant United States Attorney

**ORDERED** as prayed, this 16th day of December, 2014

Stephanie A. Gallagher
United States Magistrate Judge