

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 FEB 20  AM 11:52

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**OFFICE OF THE CLERK**

Reply to Northern Division Address

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

February 20, 2015

## RECEIPT FOR SURRENDER OF PASSPORT

Re:   UNITED STATES OF AMERICA vs. ANGELA M. BLYTHE
      Case No. WDQ-14-0591

Received this 20th day of February 2015, from Andrew White, Esq. (counsel for the defendant), one passport ending with 4162 issued by the United States of America which is being surrendered to the Court as a special condition of the defendant's release. This passport is to be held in the custody of the Court until further Order of Court. Following the termination of these proceedings, the Clerk will order the destruction of any passport in custody beyond twenty years from the date of issuance of the passport.

Felicia C. Cannon, Clerk

By:  _____/s/_____
     S. Davis, Deputy Clerk

Receipt for Surrender of Passport (Rev. 6/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov