IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. WDQ-14-0591 |
| **ANGELA M. BLYTHE,** | : | |
| Defendant. | | |

## GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

Comes now the United States of America, by and through its undersigned attorneys and files this Motion for a Protective Order for records subpoenaed pursuant to Rule 17, Fed. R. Crim. P., from the State Court Administrator, State of Maryland Administrative Office of the Courts.  In support of this Motion, the United States shows as follows:

1. On or about June 30, 2015, the Federal Bureau of Investigation served upon the Maryland Administrative Office of the Courts a trial subpoena for the application for a judgeship in the Maryland state system filed by Angela M. Blythe.  Ex. 1.

2. Maryland Assistant Attorney General Michelle J. McDonald[1], who is counsel for the Maryland State Judiciary, has stated that the Maryland Administrative Office of the Courts can comply with the trial subpoena only if the United States District Court for the District of Maryland enters a protective order to safeguard the usual confidentiality of those records. Maryland Assistant Attorney General McDonald has agreed that the attached proposed protective order is satisfactory to the Maryland Administrative Office of the Courts.

---

[1] Assistant Attorney General Michelle J. McDonald and Assistant United States Attorney Joyce K. McDonald share a common last name but are not related.

3. Accordingly, the United States asks that the Court enter the attached proposed Protective Order.

                Respectfully submitted,

                Rod J. Rosenstein
                UNITED STATES ATTORNEY

By   __/s/_____
                Joyce K. McDonald
                Philip A. Selden
                Assistant United States Attorneys
                4th Floor
                36 South Charles Street
                Baltimore, MD 21201
                410-209-4899

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served this Motion for a Protective Order by filing through the electronic court filing system.

                                      _____/s/_____
                                      Joyce K. McDonald
                                      Philip A. Selden
                                      Assistant United States Attorneys