CASE NUMBER: WDQ-14-0591
CASE NAME: USA –v- Angela M. Blythe

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 OCT -9 PM 5: 11
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

~~com~~ pg 4 count 1 item 9
conspire, combine, confederate & agree

✓ define

~~Title 18 US code section 1344~~
pg 52 of jury instruction

JUROR NUMBER: 4

DATE: 10/8/15
TIME: 10:38

For Court Use Only:
Recv'd by: [signature] Pete Thomp    DATE: 10/8/15    TIME: 10/35 AM
Court Exhibit #: 1

Jury Note (Rev. 2/2009)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

CASE NUMBER: WDQ-14-0591
CASE NAME: USA –v- Angela M. Blythe

2015 OCT -9 PM 5:11

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

~~com~~ pg 4 count 1 item 9
conspire, combine, confederate & agree

✓ define

~~Title 18 US code section 1344~~
pg 52 of jury instruction

Dear Jury,
  Combine, confederate and agree are alternative ways of saying conspire. Conspiracy is defined in Court's Instruction numbers 21, 22 and 23.

  Judge Quarles.

JUROR NUMBER: 4

DATE: 10/8/15
TIME: 10:38

For Court Use Only:
Recv'd by: Pete Thomp    DATE: 10/8/15    TIME: 10:35 AM
Court Exhibit #: 5

Jury Note (Rev. 2/2009)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 OCT -9 PM 5: 11
CLERK'S OFFICE
AT BALTIMORE

CASE NUMBER: WDQ-14-0591
CASE NAME: USA –v- Angela M. Blythe

What is the legal requirements of a settlement attorney for a "mail-away" settlement re ID of people who signed the HUD-1?

Were Woodlands 80-84 filed with the county? If so, are originals available?

JUROR NUMBER: 4
DATE: 10/8/15
TIME: 2:20

For Court Use Only:
Recv'd by: [signature]    DATE: 10-8-15    TIME: 1428
Court Exhibit #: 2

Jury Note (Rev. 2/2009)

CASE NUMBER: WDQ-14-0591
CASE NAME: USA –v– Angela M. Blythe

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 OCT -9  PM 5: 11
CLERK'S OFFICE
AT BALTIMORE
DEPUTY

What is the legal requirements of a settlement attorney for a "mail-away" settlement re iD of people who signed the HUD-1?

Were Woodlands 80-84 filed with the county? If so, are originals available?

Dear Jury,

As to your first question, we cannot answer your request for additional evidence; you must rely on the evidence in your possession.

As to the second question, you have all the evidence. If originals are not in the files you have, we cannot supply them.
Judge Quarles

JUROR NUMBER: 4

DATE: 10/8/15
TIME: 2:20

For Court Use Only:
Recv'd by: [signature]   DATE: 10-8-15   TIME: 1428
Court Exhibit #: 6

Jury Note (Rev. 2/2009)

CASE NUMBER: WDQ-14-0591
CASE NAME: USA –v- Angela M. Blythe

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 OCT -9 PM 5: 11
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

Jury is leaving @ 5:30 PM

Will start Friday @ 9:30 AM.

JUROR NUMBER: 4

DATE: 10/8/15
TIME: 5:34

For Court Use Only:
Recv'd by: CSO PAINTER   DATE: 10/8/15   TIME: 1734 Hrs
Court Exhibit #: 3

Jury Note (Rev. 2/2009)

CASE NUMBER: WDQ-14-0591
CASE NAME: USA –v- Angela M. Blythe

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 OCT -9  PM 5: 11
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

We have reached a verdict.

JUROR NUMBER: 4

DATE: 10/9/15
TIME: 1:09

For Court Use Only:
Recv'd by: [signature]
Court Exhibit #: 4
DATE: 10/9/15   TIME: 1:09

Jury Note (Rev. 2/2009)