IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 14-cr-00591-WDQ |
| ANGLEA M. BLYTHE, | : |
| Defendant. | : |

...oooOooo...

## CONSENT ORDER OF FORFEITURE

WHEREAS, the defendant, Angela M. Blythe, (hereafter "Defendant Blythe") was convicted by a jury of Conspiracy to Commit Bank Fraud, Bank Fraud, and False Statements in violation of 18 U.S.C. §§ 1349, 1344, 1014;

WHEREAS, Defendant Blythe has agreed that the forfeiture order may take the form of a personal money judgment of $696,517, and

WHEREAS, Defendant Blythe has agreed that entry of this order shall be made a part of the sentence in or out of the presence of Defendant Blythe and be included in the judgment in this case without further order of the Court;

NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a money judgment amount of $696,517 is CONDEMNED and FORFEITED to the United States in accordance with 18 U.S.C. § 982, and

IT IS FURTHER ORDERED that the United States Attorney General or his authorized designee shall seize and dispose of the said monies in accordance with law. Fed. R. Crim. P. 32.2(b), and

IT IS FURTHER ORDERED, as issued this date, this Order consists solely of a judgment for a sum of money for which the Defendant shall remain personally liable until the judgment is

1

satisfied. The Court shall retain jurisdiction, however, to enforce this Order, and to amend it as necessary pursuant to Rule 32.2(e), and

IT IS FURTHER ORDERED, because this Order consists solely as a judgment for a sum of money, the United States is not required to publish notice of this Order or to commence any ancillary proceeding to determine the rights of any third parties at this time. See Rule 32.2(c)(1). If this Order is later amended to include specific property, however, the United States shall publish notice of the amended Order and its intent to dispose of the property on the Government's internet website, www.forfeiture.gov. The United States shall also provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding. The notice must describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the Government attorney to be served with the petition. See Rule 32.2(b)(6) and Rule 32.2(e)(2)(B). The Government is not required, however, to publish any notice to the extent that the defendant makes payments in satisfaction of the money judgment from her personal funds.

IT IS FURTHER ORDERED, pursuant to Rule 32.2(b)(4), this Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 14th day of December, 2015.

_____
William D. Quarles
U.S. District Judge

Date: 12/14/15

WE ASK FOR THIS:

By: _____/s/_____
Joyce K. McDonald
Philip A. Selden
Assistant United States Attorneys

By: _Angela Blythe_____
Defendant Angela M. Blythe

By: _____
Andrew White, Esq.
Andrew Norman, Esq.
William Sinclair, Esq.
Attorneys for the Defendant

3