December 15, 2015

**VIA ECF**

Honorable William D. Quarles, Jr.
United States District Judge
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      **Re:**   *USA v. Angela M. Blythe*
                Case No. WDQ-14-0591

Dear Judge Quarles:

      I am writing to request that the Court recommend that my client be designated for service of sentence in the above-captioned case at FPC Alderson, West Virginia.

                                              Respectfully submitted,

                                                        /s/

                                              Andrew C. White

cc:     Joyce McDonald, Esq,