IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No.: <u>MJG-14-0591</u> |
| | * | |
| **ANGELA MAE BLYTHE** | * | Civil    No.: <u>MJG-17-1756</u> |
| | * | |
| Defendant/Petitioner. | * | |

### DEFENDANT'S MOTION TO
### CONSOLIDATE RESTITUTION/FORFEITURE ACCOUNTS

Defendant, Angela Mae Blythe, pro se, hereby respectfully moves this Court to consolidate her restitution and forfeiture account with Case Number MJG-1-14-Cr-00071. The honorable William D. Quarles, Jr. previously ordered that amounts paid in Case Number MJG-1-14-Cr-00071 were supposed to also apply towards restitution and forfeiture amounts ordered to be paid by Defendant Blythe in this case.

After speaking with her probation officer, Defendant Blythe learned that her restitution and forfeiture account is not currently connected to Case Number MJG-1-14-Cr-00071 through parole and probation or this Court. Defendant is not currently receiving credit for payments made in Case Number MJG-1-14-Cr-00071.

[rest of page intentionally left blank.]

**WHEREFORE**, Defendant Blythe respectfully moves this Court to enter an order directing that restitution and forfeiture amounts entered against Defendant Blythe herein were imposed jointly and severally with Defendant Samuel Vansickle and Defendant Louis Strosnider, so that payments made in Case Number MJG-1-14-Cr-00071 shall be credited against amounts Defendant Blythe has been ordered to pay herein, and for such other and further relief as the nature of this cause of action may require.

*Angela Blythe*
Angela Blythe, Pro Se
Petitioner/Defendant
3 South Third Street
Oakland, Maryland 21550
301-334-3522
angelablythe@mac.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 5, 2018 a copy of the foregoing document was mailed, first class, United States mail, postage prepaid to the following person at the following address:

Office of the United States Attorney
Joyce K. McDonald, Assistant U.S. Attorney
Phillip Arthur Selden, Assistant U.S. Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201

*Angela Blythe*
Angela Blythe, Pro Se
Petitioner/Defendant
3 South Third Street
Oakland, Maryland 21550
301-334-3522
angelablythe@mac.com