**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. MJG-14-591 |
| : | |
| **ANGELA M. BLYTHE,** : | |
| **Defendant.** : | |

ooooOoooo

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION**
**TO CONSOLIDATE RESTITUTION AND FORFEITURE ACCOUNTS (ECF 144)**

Comes now the United States of America, by and through Stephen M. Schenning, Acting United States Attorney for the District of Maryland, and Joyce K. McDonald, Assistant United States Attorney, and responds to Defendant's Motion to Consolidate Restitution/ Forfeiture Accounts. In support of its Motion, the government shows as follows:

1. Defendant filed a Motion to Consolidate Restitution /Forfeiture Accounts with Case Number 14-0071. ECF 144.

2. In United States v. VanSickle and Strosnider, Criminal No. MJG-14-0071, the Court entered identical restitution orders against both defendants as follows:

| Lender | Amount |
|---|---|
| K Bank | $719,092 |
| BB&T | $696,517 |
| Sky Bank (now Huntington Bank) | $1,339,493.50 |
| | **$2,755,102.50** |

See ECF 160. Strosnider's restitution order noted that defendants Strosnider and VanSickle were jointly and severally liable on the entire amount and with Ms. Blythe, were jointly and severally liable as to BB&T for $696,517. ECF 160. Defendant Blythe had been ordered to pay restitution of $948,203.25, ECF 95 at p. 5, which is divided between BB&T in the amount of $696,517 and

1

Farm Credit of the Virginias in the amount of $287,686.25. *See* Sealed Statement of Reasons, ECF 96. Ms. Blythe's criminal judgment reflects that her restitution obligation is joint and several with VanSickle.

    3. Therefore, all three defendants, Blythe, Strosnider and VanSickle, are jointly and severally liable to BB&T in the amount of $696,517, although Blythe has a further separate obligation to Farm Credit of the Virginias, and VanSickle and Strosnider have further separate obligations to K Bank (now FDIC) and Huntington Bank.

    4. Government counsel has conferred with Kenneth Sitton in the Clerk's Office for this Court, and he reports that he has linked Strosnider's, VanSickle's and Blythe's restitution obligations to BB&T on his computer system. The government notes that these three defendants are each paying a nominal amount each month so that there is, at present, no risk that BB&T will be overpaid. In fact, the Clerk's Office has not yet transmitted any funds to BB&T.

    5. The same situation pertains with respect to the forfeiture orders for Blythe, VanSickle and Strosnider; Blythe is liable on a forfeiture money judgment to the United States for $696,517, jointly and severally with VanSickle and Strosnider. ECF 90. Because VanSickle and Strosnider are each liable for the same $2,755,102.50 received from victims, *see* ECF 98 and 150, this is a joint and several liability. (To the extent it is not explicitly set forth in the criminal judgments entered against each, this was plainly the intent.) As of the date of filing of this Response, the forfeiture money judgments against Strosnider and Blythe had not been entered into the Consolidated Asset Tracking System (CATS), but the forfeiture money judgment against VanSickle had been. Requests are being made contemporaneously with this filing to enter the Strosnider and Blythe money judgments into CATS with specific notes as to the joint and several nature of the judgments as outlined above.

6. There are a number of properties being forfeited from VanSickle and as those properties are liquidated, the forfeiture money judgments will be paid down. To the extent the forfeiture money judgments based on the fraudulent Red Run loan are paid by co-defendants, Blythe's forfeiture money judgment should be credited.

Accordingly, since both Blythe's restitution judgment and her forfeiture money judgment have been or are being noted as joint and several in the amount of $696,517 as to VanSickle and Strosnider, the government requests that the Court deny Blythe's ECF 144 as moot.

                                            Respectfully submitted,

                                            Stephen M. Schenning
                                            Acting United States Attorney

By: _____/s/_____
       Joyce K. McDonald
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the Government's Response to Defendant's Motion to Consolidate Restitution/ Forfeiture Accounts, ECF 144, was filed electronically and served by first class mail to Angela Blythe, 3 South Third Street, Oakland, MD 21550.

                                            \_\_\_\_\_/s/_____
                                            Joyce K. McDonald
                                            Assistant United States Attorney