# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * Criminal No.: MJG-14-0591 |
| **ANGELA MAE BLYTHE** | * Civil No.: MJG-17-1756 |
| Defendant/Petitioner. | * |

## ORDER

UPON consideration of Defendant's *Motion for Appointment of Counsel*, it is hereby

ORDERED, on this __15th__ day of __May__, 2018 that __the Motion is GRANTED and that Mary Davis, Esquire__ _____ be and hereby is appointed to represent Defendant.

Date: 5/15/18

/s/
Marvin J. Garbis
United States District Judge