```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA          *

      vs.                       *   CRIMINAL NO. MJG-14-0591

ANGELA M. BLYTHE                  *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## PROCEDURAL ORDER

Pursuant to the conference held with counsel this date:

1. The Court, having appointed counsel for Defendant Blythe, must provide ample time for counsel to review the record, confer with the Defendant, review the pro se filings of the Defendant, and determine how best to present potentially valid contentions for Defendant.

2. Defendant, by counsel, shall file a legal memorandum regarding the defense position by October 1, 2018.

3. The Government shall file a response by November 2, 2018.

4. A motion hearing shall be set by further Order.

SO ORDERED, this Thursday, June 14, 2018.

                                                /s/
                                      Marvin J. Garbis
                             United States District Judge