**SILVERMAN|THOMPSON|SLUTKIN|WHITE**
ATTORNEYS AT LAW

*A Limited Liability Company*

26th Floor
201 North Charles Street
Baltimore, Maryland 21201

Telephone (410) 385-2225
Facsimile (410) 547-2432
www.mdattorney.com

Baltimore   Washington DC   New York

October 16, 2018

**FILED VIA ECF**

Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    *United States v. Angela Blythe*
             Criminal No. CCB-14-00591

Dear Judge Blake,

    I am writing to let the Court know that on October 4, 2018, Angela Blythe filed the attached legal malpractice lawsuit against my law firm in the Baltimore City Circuit Court. I am providing this to the Court because the lawsuit is based on allegations identical to those contained in the 2255 motion currently pending in the above-captioned case.

                            Respectfully submitted,

                            /s/

                            Andrew C. White

Cc:    AUSA Joyce McDonald
        Angela Blythe (by U.S. Mail)