IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. CCB-14-0591 |
| | : | Civil No. CCB-17-1756 |
| ANGELA M. BLYTHE, | : | |
| Defendant/Petitioner. | : | |

ooooOoooo

# GOVERNMENT'S MOTION FOR AN EXTENSION UNTIL NOVEMBER 8, 2018 TO FILE ITS RESPONSE

Comes now the United States of America, by and through Robert K. Hur, United States Attorney for the District of Maryland, and Joyce K. McDonald, Assistant United States Attorney, and moves the Court for an extension of time until **November 8, 2018**, to file its response TO Defendant-Petitioner's Memorandum. In support of its Motion, the United States shows as follows:

1. The Court (The Honorable Marvin J. Garbis) directed appointed counsel for Defendant-Petitioner to review Defendant's pro se filing and "determine how best to present potentially valid contentions for Defendant." ECF 151. The order further directed appointed counsel to file a legal memorandum regarding the defense position by October 1, 2018, and the government to respond by November 2, 2018. ECF 151.

2. The government needs until November 8, 2018 to complete its response; counsel for Defendant-Petitioner has generously agreed to the extension.

3. Accordingly, the government requests an extension of time to and including November 8, 2018, to file its response to Defendant/Petitioner Blythe's Memorandum. ECF 152.

                                                                                Respectfully submitted,
                                                                                Robert K. Hur
                                                                                UNITED STATES ATTORNEY

By: _____/s/_____
Joyce K. McDonald
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that the Government's Motion For An Extension of Time was served on counsel for defendant/petitioner through filing in the Court's electronic filing system.

\_\_\_\_/s/_____
Joyce K. McDonald
Assistant United States Attorney