# EXHIBIT 1

1  challenge?

2  A.  Uh-huh, yes.  Yes, ma'am.

3  Q.  Okay.  And the contract sales price that's reflected
4  here?

5  A.  73,000.

6  Q.  And that's consistent with your notes and Ms. Blythe's
7  notes, correct?

8  A.  Yes.

9  Q.  Okay.  And if you would take a look at Line 515.

10  A.  Yes.  I see a Unity Mortgage net proceed of $72,071.48.

11  Q.  Okay.  And that means that there is no cash to the
12  seller?

13  A.  Correct.  That -- that appears to me from the settlement
14  statement that Unity Mortgage got all the proceeds from the
15  transaction.

16  Q.  Okay.  And, yet, there was no lien for Unity Mortgage?

17  A.  Not according to the commitment you just showed me.

18  Q.  Okay.  But the transaction is done consistently with
19  Ms. Blythe's note, proceeds to Unity Mortgage, correct?

20  A.  I do see that notation.

21  Q.  Okay.  And it would appear that it was followed, right?

22  A.  Yes.

23  Q.  Now, did you handle this closing?

24  A.  I don't recall handling the closing.  As far as the
25  closing itself, I almost never did the closing unless she was

**EXHIBIT 1**

1  on vacation.
2  Q.  Okay.  And, if you had done the closing, who would have
3  signed the HUD-1?
4  A.  She would have had to.  I wasn't authorized.
5  Q.  Oh, I'm sorry.  Just explain that.
6  A.  I wouldn't have been authorized at that point to do
7  settlements for -- I would have had to have gotten approved by
8  the title insurance company.
9  Q.  Okay.
10 A.  I would have had to have been a -- an approved -- an
11 approved closer, something along those -- I'm not sure if
12 that's the correct terminology, but I don't recall that ever
13 having been done.
14 Q.  Okay.  While you worked for Ms. Blythe?
15 A.  Right.  Yes.  She would have to authorize the signature
16 of the settlement statement.
17 Q.  Okay.  Is it your testimony that you did handle closings?
18 A.  I would be present at some closings, yes.
19 Q.  Okay.  And do you remember being present at this closing?
20 A.  No, I do not.  I mean, I could have been, but I have no
21 idea.
22 Q.  Okay.  Do you know the Schamburgs?
23 A.  No.
24 Q.  Okay.  I noticed in the file that their drivers' licenses
25 were captured.  Did you see that?