IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. CCB-14-0591 |
| ANGELA M. BLYTHE | : |

**DEFENDANT'S MOTION FOR MODIFICATION OF
CONDITIONS OF SUPERVISED RELEASE**

Defendant, through counsel, moves this Honorable Court to modify her conditions of supervised release. In support she states the following.

1. Ms. Blythe has been admitted to West Virginia University as a Masters student at the Davis College of Agriculture, Natural Resource and Design, in the program in Energy Environments. She also plans to obtain a Geographic Information Systems certification. The program is expected to last just over one year.

2. Tuition for Fall 2019 is $6,654.00. Tuition is due August 2, 2019 to avoid a 2.25% late fee. Tuition for Spring 2020 is expected to be the same.

3. Ms. Blythe applied for Federal Financial Aid. No federal grants are available because she will be a graduate student. She was, however, granted loan approval for Federal Unsubsidized Loans for both semesters.

3. She has enrolled to take 15 semester credit hours in Fall 2019. The classes will take place in Morgantown, West Virginia, 3 days per week beginning August 21, 2019.

4. Ms. Blythe's conditions of supervised release require her to "not leave the judicial district without the permission of the court or probation officer." Judgment at page 3, Section B, ¶ 1. [Doc 95] In addition, she cannot "incur new credit charges or open additional lines of credit without approval of the probation officer. *Id.* p. 4, Section C. Ms. Blythe's supervised release is scheduled to end on January 26, 2020.

5. Ms. Blythe would like her conditions of supervised release to be amended as follows:

- Ms. Blythe would like to be able to travel to Morgantown, West Virginia to attend WVU without asking for permission each time she travels there;

- Ms. Blythe would like to accept the federal student loan to pay for tuition and books.

6. Attached are the Admission letter dated May 7, 2019, the WVU tuition bill showing a balance of an E-bill showing a due by date of August 1, 2019, Federal Unsubsidized Loan availability, and the Fall 2019 class schedule.

7. Also attached is an email from Michael Strager, a professor at the School of Natural Resources. According to Professor Strager, there is a great demand for individuals with the degrees Ms. Blythe will obtain. Salaries range from $55,000 to $80,000.

8. Finally, Theodore Martin Wolf, Ms. Blythe's son, will sign a loan repayment guaranty for the student loans.

9.. Ms. Blythe has advised counsel that she is in full compliance with all conditions of supervised release.

Wherefore, defendant requests that this Motion be granted.

Respectfully submitted,

/s/_____
Mary E. Davis

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

*Counsel for Angela Mae Blythe*

CERTIFICATE OF SERVICE

I hereby certify that this Response was served upon all counsel of record via the Court's CM/ECF System on this 22nd day of July 2019.

/s/_____
Mary E. Davis