IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         :

    v.                                                        :   Crim. No. CCB-14-0591

ANGELA M. BLYTHE                      :

## DEFENDANT'S MOTION FOR RULING ON MOTION FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE

Defendant, through counsel, moves this Honorable Court for a ruling on her motion to modify her conditions of supervised release. In support she states the following.

1. Defendant filed her Motion for Modification of Conditions of Release on July 22, 2019 [Doc 157].

2. Local Criminal Rule 207 states, "The provisions of L.R. 105 (except L.R. 105.2c and 105.11) apply to criminal proceedings." Local Civil Rule 105.2a provides, in relevant part, "Unless otherwise ordered by the Court, all memoranda in opposition to a motion shall be filed with fourteen (14) days of the service of the motion..."

3. Ms. Blythe's Motion for Modification of Conditions of Supervised Release was filed on July 22nd. The Government's response was due on August 5, 2019. The Government has not filed a response, nor has the Government timely filed for an extension of time to file a response.

4. Classes begin on August 21, 2019. Before Ms. Blythe can begin taking classes, she must obtain a Federal Unsubsidized Loan in order to cover the remaining cost of tuition and books. But given her conditions of release, she cannot obtain a loan without approval.

5. The Defendant is seeking to improve her employment prospects. As explained in Defendant's motion, there is a great demand for individuals with the degrees she hopes to obtain, with salaries ranging from $55,000 to $80,000.

6. For the reasons stated herein, Ms. Blythe very respectfully moves this Court to grant her motion to modify her conditions of supervised release.

                                                Respectfully submitted,

                                                /s/_____
                                                Mary E. Davis

                                                Davis & Davis
                                                1350 Connecticut Avenue, NW
                                                Suite 202
                                                Washington, DC 20036
                                                202.234.7300

                                                *Counsel for Angela Mae Blythe*

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served upon all counsel of record via the Court's CM/ECF System on this 6th day of August 2019.

                                                /s/_____
                                                Mary E. Davis