IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. CCB-14-0591 |
| | : | |
| ANGELA M. BLYTHE, | : | |
| Defendant. | : | |

ooooOoooo

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISION

Comes now the United States of America, by and through Robert K. Hur, United States Attorney for the District of Maryland, and Joyce K. McDonald, Assistant United States Attorney, and responds to Defendant's Motion to Modify Conditions of Supervision. ECF 157.

The government has consulted with the Probation Officer responsible for supervising Ms. Blythe. The Probation Officer stated that their policies against permitting those on supervised release from taking on additional indebtedness require her to oppose this request. The government opposes this request as well. Ms. Blythe is making only nominal payments on her restitution obligation; Ms. Blythe is current with her nominal payments of $100 per month. The government also does not support Ms. Blythe creating additional debt at this time.

                                              Respectfully submitted,

                                              Robert K. Hur
                                              UNITED STATES ATTORNEY

By: _____/s/_____
             Joyce K. McDonald
             Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the Government's Response to Defendant's Motion was served through the electronic filing system.

_____/s/_____
Joyce K. McDonald
Assistant United States Attorney