IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. CCB-14-0591 |
| ANGELA M. BLYTHE | : |

**DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE**

The Defendant replies to the Government's Response to her Motion for Modification of Conditions of Supervised Release. [Doc 159]

Ms. Blythe has been able to pay her tuition for this semester without the need for a Federal Unsubsidized Loan.  Ms. Blythe notes that the government did not respond to her request to travel to Morgantown, West Virginia to attend VCU without obtaining permission each time she travels.  Counsel for Ms. Blythe has been unable to reach Blythe's probation officer to determine her position on this request.  Inasmuch as there appears to be no objection from the government, Ms. Blythe requests that this Court modify her conditions of release so as to allow travel to and from VCU to attend classes without obtaining her probation officer's permission each time she travels.

Respectfully submitted,

/s/_____
Mary E. Davis

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

*Counsel for Angela Mae Blythe*

# CERTIFICATE OF SERVICE

I hereby certify that this Response was served upon all counsel of record via the Court's CM/ECF System on this 20th day of 2019.

/s/_____
Mary E. Davis