IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. CCB-14-0591 |
| ANGELA M. BLYTHE | * | |

************

## ORDER

The defendant's motion to modify conditions of release (ECF No. 157) has been considered, together with the government's response and the defendant's reply. It appears that the motion is moot as to the new debt and is therefore **Denied**. The defendant should consult further with her probation officer regarding permission for travel.

So Ordered this 20 day of August 2019.

_____/S/
Catherine C. Blake
United States District Judge