**DAVIS AND DAVIS**
ATTORNEYS AT LAW
1350 CONNECTICUT AVENUE, NW
SUITE 202
WASHINGTON, D.C. 20036

**CHRISTOPHER M. DAVIS**                                    OFFICE: (202) 234-7300
**MARY E. DAVIS**                                                       FAX: (202) 830-0056

August 14, 2020

The Honorable Catharine C. Blake
Judge, United States District Court
101 W. Lombard Street
Baltimore, MD 21201

                Re:  *United States of America v. Angela Blythe*
                     Crim. No. 14-0591

Dear Judge Blake:

    Ms. Blythe has completed her term of supervised release. She has completed additional schooling and is now applying for a job. To that end, a potential employer has requested a copy of her passport. Currently, the passport is in the possession of the Clerk of the Court. It is respectfully requested that the passport be returned to Ms. Blythe.

    Should Your Honor require additional information or have any questions, please let me know.

                                        Yours very truly,

                                        Mary E. Davis
                                        *Counsel for Angela Blythe*