IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Crim. No. CCB-14-0591 |
| **ANGELA M. BLYTHE** | : |

**DEFENDANT'S MOTION FOR RETURN OF PASSPORT**

Defendant, through counsel, moves this Honorable Court to order the Clerk's Office to return the Defendant's passport. In support she states the following.

Ms. Blythe has completed her term of supervised release. She has also completed additional schooling and is now applying for jobs. A potential employer has requested a copy of her passport. Currently, the passport is in the possession of the Clerk of the Court.

Ms. Blyth requests that the passport be sent to current counsel who will make it available to her.

Wherefore, Defendant requests that this Motion be granted.

    Respectfully submitted,

    /s/_____
    Mary E. Davis

    Davis & Davis
    1350 Connecticut Avenue, NW
    Suite 202
    Washington, DC 20036
    202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that this Response was served upon all counsel of record via the Court's CM/ECF System on this 28th day of December 2020.

/s/_____
Mary E. Davis