**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED _____ ENTERED
LOGGED _____ RECEIVED

NOV 28 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No.: MJG-14-cr-0591 |
| | * | Criminal No.: MJG-1-14-Cr-00071 |
| **ANGELA MAE BLYTHE** | * | Civil   No.:   MJG-17-1756 |
| | * | |
| Defendant/Petitioner. | * | |

### PETITIONER'S MOTION FOR ACCOUNTING

Petitioner, Angela Mae Blythe (now known as Angela Mae Liller), pro se, hereby respectfully moves this Court to order an accounting of restitution and forfeiture amounts the United States Marshall's office has collected in the above captioned cases, and in support thereof states as follows:

1. On December 14, 2015, the honorable William D. Quarles, Jr. ordered Petitioner to pay $948,203.25 restitution and $696,517.00 forfeiture herein. The Court waived interest.

2. The Court ordered Petitioner to pay $100.00 per month toward these amounts.

3. The Court imposed the restitution and forfeiture judgments against Petitioner, jointly and severally, with Defendant Samuel VanSickle and Defendant Louis Strosnider, so that payments made in Case Number MJG-1-14-Cr-00071 would be credited toward Petitioner's restitution and forfeiture judgments from the first dollar collected.

4. The honorable William D. Quarles, Jr. ordered that amounts paid in Case Number MJG-1-14-Cr-00071 were to apply towards Petitioner's restitution and forfeiture amounts. See Ex. 1. (Sentencing Transcript, Page 43, Lines 7 - 20).

1

5. In January 2022, the United States Marshal demanded that Petitioner complete a financial statement within ten days. Petitioner promptly complied with the United States Marshal's request.

6. On March 31, 2022, the United States Marshal demanded that Petitioner's monthly payment be increased to $150.00. In addition, the United States Marshal demanded that Petitioner sign a *Stipulated Motion for Installment Payment Order* and *Installment Payment Order*. See Ex 2.

7. Petitioner refused to sign the *Stipulated Motion for Installment Payment Order* and *Installment Payment Order* but did agree to pay $150.00 per month. Petitioner is current with the payments.

8. After Petitioner refused to sign the consent motion and order, the United States Marshal told Petitioner, and continues to tell Petitioner, that it will garnish Petitioner's wages, garnish Petitioner's bank accounts, and execute on Petitioner's personal property if Petitioner does not sign the consent motion and order.

9. In May 2022, Petitioner discovered the United States Marshal had already seized and sold at least 20 properties located in Garrett County, Maryland from March 2020 through March 2022 related to this matter. The United States Marshal collected more than $2,700,000.00, without crediting Petitioner for payments received. The property was forfeited pursuant to a forfeiture order entered in the case styled United States of America v. Samuel R. Vansickle, et al., Case Number 1:14-cr-00071 CCB. See Ex. 3 (Spreadsheet detailing sales.)

10. The United States Marshal sold at least one more Garrett County, Maryland property in August 2022.

2

11. These sales do not include forfeiture sales which may have occurred in other states, including but not limited to, Pennsylvania and West Virginia.

12. Upon information and belief, the United States Marshal agreed to provide an accurate accounting to Petitioner on or before September 30, 2022.

13. Petitioner asked the United States Marshal to provide an accurate accounting, to include amounts Defendant Strosnider and Defendant Vansickle paid and amounts received after properties were forfeited and sold, which it failed and refused to produce. Petitioner made this request more than once.

14. Instead, on September 14, 2022, the United States Marshal provided Petitioner with an accounting that only reflects Petitioner's payments. See Ex. 4.

15. Petitioner asked the Clerk for an accurate accounting, to include amounts Louis Strosnider and Samuel R. Vansickle paid, and amounts received after properties were forfeited and sold, which was not provided. Petitioner made this request more than once.

16. Instead, the Clerk provides monthly statements that only show Petitioner's payments. See Ex. 5.

17. In fact, the statement received from the Clerk and the statement received from the United States Marshal do not match.

18. Petitioner filed a Freedom of Information Act (FOIA) request on May 20, 2022, with the Department of Justice (DOJ).

19. Within the FOIA request, Petitioner asked the DOJ to produce all documents and records related to forfeiture and restitution payments in this case and the cases against Samuel VanSickle and Louis Strosnider.

3

20. The DOJ accepted the FOIA paperwork for processing on August 4, 2022.

21. The DOJ was supposed to respond to the FOIA request within 20 days of receiving the request. The DOJ has not responded to Petitioner's FOIA request, despite billing Petitioner $80.00 to complete the FOIA request, which Petitioner paid.

22. Upon information and belief, the forfeiture and restitution judgments entered against Petitioner have been paid in full and should be released.

**WHEREFORE**, Petitioner respectfully moves this Honorable Court for the following relief:

A. Order that the United States of America provide an accurate accounting of Petitioner's outstanding amount due for forfeiture and restitution within ten (10) days;

B. If the forfeiture and restitution has been paid, then order the United States of America to immediately enter a release in Petitioner's favor and refund amounts Petitioner overpaid;

C. Order that pending an accurate accounting, Petitioner's $150.00 monthly payment be suspended;

D. Order that further enforcement action against Petitioner be stayed pending an accurate accounting;

4

E.  Order that the Department of Justice immediately comply with

Petitioner's Freedom of Information Act request; and

F.  For such other and further relief as the nature of this cause of action may

require.

*Angela Liller*

Angela Blythe, Pro Se
Now known as Angela Liller
Petitioner
1618 Virginia Street, #3
Charleston, West Virginia 25311
angelaliller@icloud.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 22, 2022, a copy of the foregoing

document was mailed, first class, United States mail, postage prepaid to the

following person at the following address:

Office of the United States Attorney
Joyce K. McDonald, Assistant U.S. Attorney
Phillip Arthur Selden, Assistant U.S. Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201

Angela Liller

Angela Blythe, Pro Se
Now known as Angela Liller
Petitioner
1618 Virginia Street, #3
Charleston, West Virginia 25311
angelaliller@icloud.com

6