```
 1              (Whereupon, the bench conference was concluded.)
 2              THE COURT:  Madam Clerk, I will impose three-year
 3    concurrent terms of supervised release on each of the four
 4    counts.
 5              Do you understand the sentence, Ms. Blythe?
 6              MR. WHITE:  Could I just have one moment?
 7              THE COURT:  Yes.  Explain the difference between the
 8    forfeiture and the restitution numbers.
 9              MR. WHITE:  Yes, sir.
10              (Counsel conferring with the Defendant.)
11              MR. WHITE:  All right.  Judge, I think we've cleared
12    up the request that she had.  I would just simply ask that the
13    Court specifically make these orders joint and several with
14    Mr. VanSickle.
15              THE COURT:  They will be, yes.
16              MR. WHITE:  And that's for forfeiture and
17    restitution.
18              THE COURT:  Yes.
19              MR. WHITE:  Thank you.
20              THE COURT:  They will be.
21              Ms. Blythe, you have 14 days from today's date to
22    file an appeal.  If you cannot afford an attorney, I -- an
23    attorney will be appointed to represent you on appeal, and,
24    also, you may be permitted to appeal without a fee.
25              Do you understand that?
```