IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA BLYTHE,<br><br>Defendant. | Case No. 14-CR-00071 |

## STIPULATED MOTION FOR INSTALLMENT PAYMENT ORDER

Plaintiff United States of America, and Defendant Angela Blythe (hereafter "Ms. Blythe"), hereby stipulate and move this Court to enter an installment payment order for the payment of restitution, pursuant to its authority under § 3204 of the Federal Debt Collection Procedures Act (28 U.S.C. § 3204) and the following stipulation of the parties, and consistent with the following terms:

1. Judgment was entered on December 14, 2015 in the total sum of $948,603.25 in favor of the United States and against Ms. Blythe.

2. Ms. Blythe has agreed to pay, and the United States has agreed to accept monthly installment payments from Ms. Blythe in the amount of $150.00 commencing on May 1, 2022, and continuing thereafter on the 1st day of each month. At the end of 12 months and yearly thereafter, Ms. Blythe shall submit a current financial statement to the United States Attorney's Office. The United States may evaluate and seek to modify this installment payment order based upon the documented financial status of Ms. Blythe.

3. Ms. Blythe agrees to submit all financial documentation in a timely manner and to notify the United States Attorney's Office **within 5 days** of any of the following events:

    a. Any change of address;

    b. Any change in employment; and

    c. **Any other significant change in Ms. Blythe's economic circumstances, including but not limited to:**

        i. **Any increase in monthly earnings of 20% or more, and/or**

        ii. **Receipt of any lump-sum payment (such as gifts, lottery winnings, inheritances etc.) totaling $3,000 or more.**

4. Ms. Blythe acknowledges and agrees that immediately upon notice of a change in her economic circumstances the United States may adjust this payment schedule as appropriate based upon Ms. Blythe's changed economic circumstances and ask Ms. Blythe to sign a new stipulated motion for installment payment order. Ms. Blythe further understands and agrees that if she does not accept the new proposed payment schedule, the United States may move the Court to adjust the payment schedule pursuant to 18 U.S.C. § 3664(k), and that Ms. Blythe will have an opportunity to respond and object to the United States' motion before the Court enters its ruling. Ms. Blythe acknowledges that, pursuant to 18 U.S.C. § 3664(e), "The burden of demonstrating the financial resources of the defendant and the financial needs of the defendant's dependents, shall be on the defendant."

5. **In addition to** the regular monthly payment set forth in paragraph 2 above, Ms. Blythe agrees that the United States may submit Ms. Blythe's debt in this case to the U.S. Department of Treasury for inclusion in the Treasury Offset Program. Ms. Blythe understands that under this

program, any federal payment that Ms. Blythe would normally receive may be offset and applied toward her debt.

6. In consideration of the mutual promises made in this Stipulation, the United States agrees to refrain from execution on the judgment so long as Ms. Blythe complies strictly with the agreements set forth in this Stipulation. Ms. Blythe hereby consents that in the event she fails to comply strictly with the agreement set forth in paragraphs 2 through 4 above, the United States may move the Court *ex parte* for a writ of execution, a writ of garnishment, or any other appropriate order deemed necessary for the purpose of satisfying the judgment in full or in part.

7. Based upon this stipulation, and pursuant to its authority under § 3204 of the Federal Debt Collection Procedures Act (28 U.S.C. § 3204), the Court may enter an installment payment order consistent with the foregoing terms. The installment payment order will amend any previously ordered restitution payment schedule in this case as to Ms. Blythe.

Erek L. Barron
United States Attorney

John J. Truex Chung, Federal Bar #19245
Assistant United States Attorney
36 S Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4800

Angela Blythe - Defendant

3

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA BLYTHE,<br><br>Defendant. | Case No. 14-CR-00071 |

INSTALLMENT PAYMENT ORDER

The Court, having received the Stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment was entered on December 14, 2015 in the total sum of $948,603.25 in favor of the United States of America and against Angela Blythe (hereafter "Ms. Blythe").

2. Ms. Blythe shall pay monthly installment payments in the amount of $150.00 commencing on May 1, 2022, and continuing thereafter on the 1st day of each month. At the end of 12 months and yearly thereafter, Ms. Blythe shall submit a current financial statement to the United States Attorney's Office. The United States may evaluate and seek to modify this installment payment order based upon the documented financial status of Ms. Blythe.

3. Ms. Blythe agrees to submit all financial documentation in a timely manner and to notify the United States Attorney's Office within 5 days of any of the following events:

    a. Any change of address;

    b. Any change in employment; and

  c. Any other significant change in Ms. Blythe's economic circumstances, including but not limited to:

    i. Any increase in monthly earnings of 20% or more, and/or

    ii. Receipt of any lump-sum payment (such as gifts, lottery winnings, inheritances etc.) totaling $3,000 or more.

4. Immediately upon notice of a change in Ms. Blythe's economic circumstances the United States may ask Ms. Blythe to sign a new stipulated motion for installment payment order. If Ms. Blythe does not accept the new proposed payment schedule, the United States may move this Court to adjust the payment schedule pursuant to 18 U.S.C. § 3664(k). Ms. Blythe will have an opportunity to respond and object to the United States' motion before this Court enters its ruling. Pursuant to 18 U.S.C. §3664(e), Ms. Blythe will have the burden of demonstrating their financial resources and their dependents' financial needs.

5. In addition to the regular monthly payment set forth in paragraph 2 above, the United States may submit Ms. Blythe's debt in this case to the U.S. Department of Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment that she would normally receive may be offset and applied toward her debt.

6. The United States shall refrain from execution on the judgment so long as Ms. Blythe complies strictly with this Order. In the event Ms. Blythe fails to comply strictly with this Order, the United States may move the Court *ex parte* for a writ of execution, a writ of garnishment, or any other appropriate order it deems necessary for the purpose of obtaining satisfaction of the judgment in full or in part.

///

7. This Order amends any previously ordered restitution payment schedule in this case as to Ms. Blythe.

BY THE COURT:

_____

United States District Judge

_____

Date

APPROVED AS TO FORM:

_____

Angela Blythe
Defendant

3