Ex 3

| | Recorded Date | Deed Date | Liber/Folio | Grantor | Grantee | Consideration | Property |
|---|---|---|---|---|---|---|---|
| 1 | 3/21/2022 | 12/17/2021 | 2402/378 | USA | Mason Zeigler | $ 935,000.00 | Vacant Land (129.26 acres), Vacant Land (31.21 acres), Vacant Land (212.65 acres), Vacant Land (104.54 acres), Vacant Land (251.70 acres) |
| 2 | 2/11/2022 | 12/27/2021 | 2393/371 | USA | Ranjith Marapan | $ 59,400.00 | Lot 28 The View |
| 3 | 2/11/2022 | 12/27/2021 | 2393/365 | USA | Ranjith Marapan | $ 57,200.00 | Lot 29 The View |
| 4 | 2/7/2022 | 1/7/2022 | 2392/289 | USA | Kramkin, LLC | $ 67,000.00 | Old Wilson Road (49.54 acres) |
| 5 | 2/7/2022 | 12/20/2021 | 2392/272 | USA | Michael Wolf, Matthew Wolf, Sisler Lumber Co. | $ 200,000.00 | 1.70 acres and 107.24 acres |
| 6 | 2/7/2022 | 12/29/2021 | 2392/267 | USA | Thomas Finch | $ 43,500.00 | 11.66 acres, Lot 4, Altamont |
| 7 | 2/7/2022 | 1/7/2022 | 2392/262 | USA | Kramkin, LLC | $ 44,083.00 | 27.26 acres, Lot 2, Altamont |
| 8 | 2/7/2022 | 1/7/2022 | 2392/257 | USA | Kramkin, LLC | $ 24,917.00 | 15.41 acres, Lot 1, Altamont |
| 9 | 1/19/2022 | 12/28/2021 | 2387/115 | USA | Dylan Thomas | $ 69,000.00 | 5 acres Trap Run |
| 10 | 1/19/2022 | 12/27/2021 | 2387/109 | USA | Chad Fike | $ 21,000.00 | 2.735 acres Noah Frazee Road |
| 11 | 1/19/2022 | 12/28/2021 | 2387/103 | USA | Sisler Lumber Co. | $ 97,000.00 | 33.22 acres Noah Frazee Road |
| 12 | 1/19/2022 | 12/27/2021 | 2387/97 | USA | Nicholas Birch | $ 57,200.00 | Lot 10 The View |
| 13 | 1/19/2022 | 12/27/2021 | 2387/91 | USA | Nicholas Birch | $ 30,250.00 | Lot 9 The View |
| 14 | 12/27/2021 | 12/17/2021 | 2382/337 | USA | Busters Properties, LLC | $ 670,000.00 | 51.5 acres and 50 acres Lakeshore Drive |
| 15 | 12/14/2021 | 12/7/2021 | 2379/83 | USA | Dylan Thomas | $ 7,800.00 | 1.99 acres Service Area Log Church Village Subdv. |
| 16 | 12/6/2021 | 11/5/2021 | 2376/430 | USA | Joseph P. Kehoe | $ 34,000.00 | Lot 26 The View |
| 17 | 12/6/2021 | 11/22/2021 | 2376/425 | USA | Travis Kopach | $ 51,000.00 | Lot 9 Bear Creek |
| 18 | 11/16/2021 | 11/5/2021 | 2371/140 | USA | H&H Rentals, LLC | $ 43,300.00 | Lot 7 The View |
| 19 | 4/23/2021 | 3/24/2021 | 2304/258 | USA | Todd Sisler, Marshall Bittinger, Doris Bittinger | $ 132,000.00 | Weber's Crossing, Lots 1-3, Lot 5, Lot 7 |
| 20 | 3/20/2020 | 2/28/2020 | 2194/473 | USA | Titus Glen Beitzel, et ux. | $ 90,100.00 | 3.25 acres Spear Road |
| | | | | | TOTAL | $ 2,733,750.00 | |