Ex 4

| Collection Office | Collection District | Last Name | First Name | CDCS Number | Court Number |
|---|---|---|---|---|---|
| USAO | MD | Blythe | Angela | 2017A19755 | 1-14-CR-00071-002 |
| Collect Type 6 | Priority Code 02 | Scheduled Payment Amount $150.00 | Scheduled Payment Date 10/01/2022 | | Current Liability $927,424.99 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000369 | PMNT | 08/30/2022 | CL | A | ANGELA M. BLYTHE | | 001344 | | 08/31/2022 | $150.00 |
| 000364 | PMNT | 08/05/2022 | CL | A | ANGELA M. BLYTHE | | 001019 | | 08/06/2022 | $150.00 |
| 000359 | PMNT | 07/06/2022 | CL | A | ANGELA M. BLYTHE | | 000662 | | 07/07/2022 | $100.00 |
| 000349 | PMNT | 06/01/2022 | CL | A | ANGELA M. BLYTHE | | 000183 | | 06/03/2022 | $150.00 |
| 000334 | PMNT | 04/29/2022 | CL | A | ANGELA M. BLYTHE | | 32446 | | 04/30/2022 | $150.00 |
| 000337 | PMNT | 04/22/2022 | TR | A | ANGELA M. BLYTHE | | TOP | | 06/01/2022 | $615.76 |
| 000329 | PMNT | 04/01/2022 | CL | A | ANGELA M. BLYTHE | | 32099 | | 04/08/2022 | $100.00 |
| 000324 | PMNT | 02/08/2022 | CL | A | ANGELA M. BLYTHE | | 31465 | | 02/16/2022 | $100.00 |
| 000319 | PMNT | 01/05/2022 | CL | A | ANGELA M. BLYTHE | | 31028 | | 01/14/2022 | $100.00 |
| 000313 | PMNT | 11/22/2021 | CL | A | ANGELA M. BLYTHE | | 30514 | | 11/24/2021 | $100.00 |
| 000308 | PMNT | 10/13/2021 | CL | A | ANGELA M. BLYTHE | | 30030 | | 10/25/2021 | $100.00 |
| 000302 | PMNT | 08/27/2021 | CL | A | ANGELA M. BLYTHE | | 29463 | | 08/31/2021 | $100.00 |
| 000297 | PMNT | 07/20/2021 | CL | A | ANGELA M. BLYTHE | | 28947 | | 07/21/2021 | $100.00 |
| 000292 | PMNT | 06/28/2021 | CL | A | ANGELA M. BLYTHE | | 28675 | | 07/01/2021 | $100.00 |
| 000287 | PMNT | 05/18/2021 | CL | A | ANGELA M. BLYTHE | | 28160 | | 05/20/2021 | $100.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | BLYTHE |  |  |  |  |  |
| 000282 | PMNT | 04/16/2021 | CL | A | ANGELA M. BLYTHE |  | 27755 |  | 04/21/2021 | $100.00 |
| 000277 | PMNT | 03/16/2021 | CL | A | ANGELA M. BLYTHE |  | 27334 |  | 03/18/2021 | $100.00 |
| 000272 | PMNT | 02/17/2021 | CL | A | ANGELA M. BLYTHE |  | 26889 |  | 02/18/2021 | $100.00 |
| 000267 | PMNT | 01/25/2021 | CL | A | ANGELA M. BLYTHE |  | 26538 |  | 01/26/2021 | $100.00 |
| 000261 | PMNT | 12/04/2020 | CL | A | ANGELA M. BLYTHE |  | 25927 |  | 12/09/2020 | $100.00 |
| 000256 | PMNT | 11/10/2020 | CL | A | ANGELA M. BLYTHE |  | 25590 |  | 11/11/2020 | $100.00 |
| 000251 | PMNT | 10/13/2020 | CL | A | ANGELA M. BLYTHE |  | 25124 |  | 10/15/2020 | $100.00 |
| 000245 | PMNT | 09/22/2020 | CL | A | ANGELA M. BLYTHE |  | 24743 |  | 09/23/2020 | $100.00 |
| 000240 | PMNT | 08/10/2020 | CL | A | ANGELA M. BLYTHE |  | MDXCCA20-146371 |  | 08/19/2020 | $100.00 |
| 000235 | PMNT | 07/09/2020 | CL | A | ANGELA M. BLYTHE |  | MDXCCA20-146371 |  | 07/10/2020 | $100.00 |
| 000230 | PMNT | 06/17/2020 | CL | A | ANGELA M. BLYTHE |  | MDXCCA20-146371 |  | 06/19/2020 | $100.00 |
| 000225 | PMNT | 06/03/2020 | CL | A | ANGELA M. BLYTHE |  | MDXCCA20-146371 |  | 06/05/2020 | $100.00 |
| 000214 | PMNT | 03/31/2020 | CL | A | ANGELA M. BLYTHE |  | MDXCCA20-146371 |  | 04/01/2020 | $100.00 |
| 000209 | PMNT | 03/03/2020 | CL | A | ANGELA M. BLYTHE |  | MDXCCA20-146371 |  | 03/06/2020 | $100.00 |
| 000204 | PMNT | 02/04/2020 | CL | A | ANGELA M. BLYTHE |  | MDXCCA20-146371 |  | 02/11/2020 | $100.00 |
| 000198 | PMNT | 12/30/2019 | CL | A | ANGELA |  | MDXCCA20-146371 |  | 01/01/2020 | $100.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | M. BLYTHE | | | | | |
| 000193 | PMNT | 12/02/2019 | CL | A | ANGELA M. BLYTHE | | MDXCCA20-146371 | | 12/07/2019 | $100.00 |
| 000184 | PMNT | 10/28/2019 | CL | A | ANGELA M. BLYTHE | | MDXCCA20-146371 | | 10/30/2019 | $100.00 |
| 000178 | PMNT | 09/30/2019 | CL | A | ANGELA M. BLYTHE | | MDXCCA19-146371 | | 10/01/2019 | $100.00 |
| 000173 | PMNT | 08/26/2019 | CL | A | ANGELA M. BLYTHE | | MDXCCA19-146371 | | 08/28/2019 | $100.00 |
| 000168 | PMNT | 07/25/2019 | CL | A | ANGELA M. BLYTHE | | MDXCCA19-146371 | | 07/31/2019 | $100.00 |
| 000163 | PMNT | 06/26/2019 | CL | A | ANGELA M. BLYTHE | | MDXCCA19-146371 | | 06/29/2019 | $100.00 |
| 000146 | PMNT | 05/29/2019 | CL | A | ANGELA M. BLYTHE | | 14637115324 | | 05/31/2019 | $100.00 |
| 000090 | PMNT | 04/26/2019 | CL | A | ANGELA M. BLYTHE | | 14637114621 | | 05/01/2019 | $100.00 |
| 000085 | PMNT | 03/28/2019 | CL | A | ANGELA M. BLYTHE | | 14637113928 | | 03/29/2019 | $100.00 |
| 000080 | PMNT | 02/27/2019 | CL | A | ANGELA M. BLYTHE | | 14637113198 | | 03/05/2019 | $100.00 |
| 000075 | PMNT | 01/30/2019 | CL | A | ANGELA M. BLYTHE | | 14637112518 | | 02/01/2019 | $100.00 |
| 000069 | PMNT | 12/28/2018 | CL | A | ANGELA M. BLYTHE | | 14637111737 | | 01/04/2019 | $100.00 |
| 000064 | PMNT | 11/19/2018 | CL | A | ANGELA M. BLYTHE | | 14637110705 | | 11/27/2018 | $100.00 |
| 000059 | PMNT | 10/26/2018 | CL | A | ANGELA M. BLYTHE | | 14637110103 | | 10/30/2018 | $100.00 |
| 000053 | PMNT | 09/24/2018 | CL | A | ANGELA M. BLYTHE | | 14637109254 | | 09/26/2018 | $100.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000045 | PMNT | 08/22/2018 | CL | A | ANGELA M. BLYTHE | | 14637108461 | | 08/28/2018 | $100.00 |
| 000040 | PMNT | 07/25/2018 | CL | A | ANGELA M. BLYTHE | | 14637107741 | | 07/27/2018 | $100.00 |
| 000035 | PMNT | 06/25/2018 | CL | A | ANGELA M. BLYTHE | | 14637107180 | | 06/26/2018 | $100.00 |
| 000030 | PMNT | 05/25/2018 | CL | A | ANGELA M. BLYTHE | | 14637106451 | | 05/30/2018 | $100.00 |
| 000025 | PMNT | 04/25/2018 | CL | A | ANGELA M. BLYTHE | | 14637105665 | | 04/28/2018 | $100.00 |
| 000020 | PMNT | 04/20/2018 | CL | A | ANGELA M. BLYTHE | | 18463700145 | | 04/25/2018 | $306.50 |
| 000017 | PMNT | 03/26/2018 | CL | A | ANGELA M. BLYTHE | | 14637104942 | | 03/28/2018 | $100.00 |
| 000014 | PMNT | 02/28/2018 | CL | A | ANGELA M. BLYTHE | | 14637104280 | | 03/01/2018 | $100.00 |
| 000011 | PMNT | 01/29/2018 | CL | A | ANGELA M. BLYTHE | | 14637103515 | | 01/30/2018 | $100.00 |
| 000427 | PMNT | 12/28/2017 | CL | A | ANGELA M. BLYTHE | | 14637102840 | | 09/13/2022 | $100.00 |
| 000402 | PMNT | 11/27/2017 | CL | A | ANGELA M. BLYTHE | | 14637102125 | | 09/13/2022 | $100.00 |
| 000412 | PMNT | 10/26/2017 | CL | A | ANGELA M. BLYTHE | | 14637101425 | | 09/13/2022 | $100.00 |
| 000422 | PMNT | 09/27/2017 | CL | A | ANGELA M. BLYTHE | | 14637100744 | | 09/13/2022 | $100.00 |
| 000417 | PMNT | 08/28/2017 | CL | A | ANGELA M. BLYTHE | | 14637100086 | | 09/13/2022 | $100.00 |
| 000457 | PMNT | 07/31/2017 | CL | A | ANGELA M. BLYTHE | | 14637099572 | | 09/13/2022 | $100.00 |
| 000462 | PMNT | 06/28/2017 | CL | A | ANGELA M. | | 14637098794 | | 09/13/2022 | $100.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BLYTHE | | | | | |
| 000467 | PMNT | 05/17/2017 | CL | A | ANGELA M. BLYTHE | | 14637097963 | | 09/13/2022 | $100.00 |
| 000407 | PMNT | 04/27/2017 | CL | A | ANGELA M. BLYTHE | | 14637097533 | | 09/13/2022 | $100.00 |
| 000432 | PMNT | 03/27/2017 | CL | A | ANGELA M. BLYTHE | | 14637096882 | | 09/13/2022 | $100.00 |
| 000377 | PMNT | 02/15/2017 | CL | A | ANGELA M. BLYTHE | | 14637095921 | | 09/13/2022 | $200.00 |
| 000437 | PMNT | 12/12/2016 | CB | A | ANGELA M. BLYTHE | | BOP | | 09/13/2022 | $25.00 |
| 000442 | PMNT | 11/14/2016 | TR | A | ANGELA M. BLYTHE | | TOP | | 09/13/2022 | $1,243.00 |
| 000447 | PMNT | 11/14/2016 | TR | A | ANGELA M. BLYTHE | | TOP | | 09/13/2022 | $11,581.00 |
| 000372 | PMNT | 09/13/2016 | CB | A | ANGELA M. BLYTHE | | BOP | | 09/13/2022 | $25.00 |
| 000452 | PMNT | 08/08/2016 | CB | A | ANGELA M. BLYTHE | | BOP | | 09/13/2022 | $66.00 |
| 000382 | PMNT | 07/11/2016 | CB | A | ANGELA M. BLYTHE | | BOP | | 09/13/2022 | $66.00 |
| 000397 | PMNT | 06/14/2016 | CB | A | ANGELA M. BLYTHE | | BOP | | 09/13/2022 | $75.00 |
| 000387 | PMNT | 05/09/2016 | CB | A | ANGELA M. BLYTHE | | BOP | | 09/13/2022 | $75.00 |
| 000392 | PMNT | 04/04/2016 | CL | A | ANGELA M. BLYTHE | | 14637088533 | | 09/13/2022 | $400.00 |
| Grand Total | | | | | | | | | | $21,178.26 |