U.S. DEPARTMENT OF JUSTICE  
Maryland  
U.S. Attorney's Office  
36 S. Charles Street, 4th Floor  
Baltimore, MD 21201

**Debtor Statement**



For inquiries regarding debt call: 410-209-4800

| DATE OF STATEMENT | 11/16/2022 |
|---|---|
| ACCOUNT NUMBER | 2017A19755/001 |

Retain top portion for your records. This is your official receipt. This statement reflects the balances for this debt only. You may have additional outstanding debt. Federal Statute requires that a payment application is applied to principal first then interest. (18 U.S.C. Section 3612 (i))

Angela Blythe  
1618 Virginia Street  
Charleston, WV  25311

| | Payment Application | | | Current Balance Information | |
|---|---|---|---|---|---|
| **Payment Amount** | $150.00 | **Payment Date** | 11/02/2022 | | |
| **Debt Type** | Payment Amount to Principal | Payment Amount to Interest | Interest Rate | Principal Balance | Interest Balance |
| **Non-Federal Restitution** | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| **Federal Restitution** | -$150.00 | $0.00 | 0% | $927,124.99 | $0.00 |
| **Fine** | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| **Community Restitution** | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| **Special Assessment** | $0.00 | N/A | N/A | $0.00 | N/A |
| **Criminal Court Costs** | $0.00 | N/A | N/A | $0.00 | N/A |
| **Penalty** | $0.00 | N/A | N/A | $0.00 | N/A |
| **Total Balance:** | | | | | $927,124.99 |

| | Current Activity | | |
|---|---|---|---|
| **Overdue Amount** | **Next Payment Amount** | **PAY THIS AMOUNT** | **Date Payment Due** |
| $0.00 | $150.00 | $150.00 | 12/01/2022 |

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.

MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. **DO NOT SEND CASH.**