## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No.: MJG-14-0591 |
| | * | Criminal No.: MJG-1-14-Cr-00071 |
| **ANGELA MAE BLYTHE** | * | Civil     No.:   MJG-17-1756 |
| | * | |
| Defendant/Petitioner. | * | |

### ORDER

UPON consideration of Petitioner's *Motion for Accounting*, it is, on this _____ day of _____, _____, hereby

ORDERED, that amounts paid by or on behalf of Samuel Vansickle or Louis Strosnider under or in connection with Case Number MJG-1-14-Cr-00071 shall be credited towards amounts Petitioner was ordered to pay herein. Payments by or on behalf of Samuel Vansickle or Louis Strosnider in connection with Case Number MJG-1-14-Cr-00071 shall reduce the amount Petitioner owes in this case; and it is further

ORDERED, that the United States of America shall provide Petitioner with an accurate accounting of Petitioner's outstanding amount due for forfeiture and restitution within ten (10) days; and it is further

ORDERED, the United States of America shall immediately enter a release in Petitioner's favor and issue Petitioner a refund for any overpayment; and it is further

ORDERED, that pending an accurate accounting, Petitioner's $150.00 monthly payment is suspended; and it is further

7

ORDERED, that further enforcement action against Petitioner is suspended pending an accurate accounting; and it is further

ORDERED, that the Department of Justice shall immediately comply with Petitioner's Freedom of Information Act request

Date: _____

                                                                  Catherine C. Blake
                                                                  United States District Judge