# Angela Liller[1]

1618 VIRGINIA STREET, APT. 3 I CHARLESTON, WEST VIRGINIA I 25311

angelaliller@icloud.com I T +1.240.281.0771

November 17, 2022

US Clerk of District Court
US Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    Criminal Forfeiture and Restitution Records

      Case Numbers:    2255 Motion MJG-17-1756

            United States District Court
            For the District of Maryland Baltimore Division
            Case Number: 1: 14 CR 00071-CCB
            Case Number: 1:14-CR-00591-CCB
            United States of America v. Angela Mae Blythe

            United States District Court
            For the District of Maryland Baltimore Division
            Case Number 1: 14 CR 00071-CCB
            United States of America v. Samuel Ray VanSickle

### Court Filing

To Whom It May Concern:

Please file the enclosed *Petitioner's Motion for Accounting* in the above captioned cases. **PLEASE ALSO UPDATE MY MAILING ADDRESS TO:**

    **Angela Liller**
    **1618 Virginia Street East, #3**
    **Charleston, West Virginia 25311**

Thank you for your time and assistance.

Sincerely,

*Angela Liller*
Angela Mae Liller,
formerly known as
Angela Mae Blythe

---

[1] Angela Mae Liller was formerly known as Angela Mae Blythe. Ms. Liller resumed the use of her former maiden name.