Angela Liller
1618 Virginia Street East, #3
Charleston, West Virginia 25311

US Clerk of District Court
US Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

FILED _____ ENTERED
LOGGED _____ RECEIVED
NOV 28 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

U.S. POSTAGE PAID
FC PKG RTL
CHARLESTON, WV
25301
NOV 22, 22
AMOUNT
$5.45
R2307M152630-9

