IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-00591 |
| Plaintiff, | |
| vs. | |
| ANGELA BLYTHE, | |
| Defendant. | |

MOTION TO SEAL EXHIBITS 1 AND 2 TO GOVERNMENT'S
RESPONSE TO PETITIONER'S MOTION FOR ACCOUNTING

The United States of America moves this Honorable Court to order and direct that Exhibits 1 and 2 to the Government's Response to Petitioner's Motion for Accounting should be **SEALED**.

Exhibits 1 and 2 are the account statements of Angela Blythe, and contain confidential information that is typically sealed out of respect for the privacy interests of the Defendant.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____
John Truex Chung, Federal Bar #19245
Tamera L. Fine, Federal Bar #24751
Assistant United States Attorney
36 S Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4800