IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANGELA BLYTHE,<br><br>　　　　　Defendant. | Case No. 14-CR-00591 |

ORDER SEALING GOVERNMENT EXHIBITS 1 AND 2

Pending before the Court is the Government's Response to Petitioner's Motion for Accounting, it's Motion to Seal Exhibits 1 and 2 to that Response, and this Order.

Good cause having been shown, it is this _____ day of December, 2022, it is hereby ORDERED that Exhibits 1 and 2 to the Government's Response to Petitioner's Motion for Accounting are **SEALED**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable James K. Bredar
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge