IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. JKB-14-0591 |
| ANGELA M. BLYTHE | : |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING

Defendant, through counsel, moves this Honorable Court to continue the hearing scheduled in this case. In support she states the following.

1. Defendant's hearing on her motion under 28 U.S.C. § 2255 is scheduled for February 14 and 15, 2023.

2. Undersigned counsel will be in trial in *United States v. Tejan*, Crim. No. 21-101, from February 9 through 24, 2023 before Judge Hazel in Greenbelt, Maryland.

3. Joyce McDonald, speaking for the United States, does not oppose this motion.

Wherefore, Defendant requests that this Motion be granted.

Respectfully submitted,

/s/_____
Mary E. Davis

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that this Response was served upon all counsel of record via the Court's CM/ECF System on this 22nd day of December 2022.

/s/_____
Mary E. Davis