## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　　　:

　　v.　　　　　　　　　　　　　　　: Crim. No. JKB-14-0591

ANGELA M. BLYTHE　　　　　　　:

## ORDER

Upon consideration of Defendant Blythe's Unopposed Motion to Continue Hearing, it is on this **22** day of ___ **Dec**., 2022, hereby

**ORDERED** that the Motion is **Granted**; it is further

**ORDERED** that the hearing in this matter is continued to **March 21-22,** 2023.

_____
James K. Bredar
Chief Judge, United States District Court