IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANGELA M. BLYTHE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Criminal No. JKB-14-591<br>Civil No. JKB-17-1756 |

### ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

1. Petitioner Angela M. Blythe's Motion to Vacate (ECF No. 124) is DENIED;

2. The evidentiary hearing scheduled for March 21 and March 22, 2023 (ECF No. 177) is CANCELED; and

3. The Clerk is directed to CLOSE Civil No. JKB-17-1756 and to mail a copy of this Order and accompanying Memorandum to Ms. Blythe, now known as Ms. Angela M. Liller.

DATED this __19__ day of January, 2023.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
Chief Judge

1