IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELA M. BLYTHE,<br><br>Defendant. | Criminal No. JKB-14-591 |

## ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

1. The Renewed Motion for Accounting (ECF No. 182) filed by Defendant Angela M. Blythe, now known as Angela M. Liller, is DENIED; and

2. The Clerk is directed to mail a copy of the accompanying Memorandum and this Order to Defendant.

DATED this _15_ day of February, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge